■ Norbert V. Stachowski, Respondent, v Consolidated Rail Corporation, Appellant.—Order unanimously reversed on the law without costs, motion granted and complaint

dismissed. Memorandum: In this action pursuant to the Federal Employers' Liability Act, plaintiff's claim for noise-induced occupational hearing loss accrued in May of 1986 when plaintiff's hearing problem first manifested itself and he suspected that his employment was a cause *(see, United States v Kubrick,* 444 US 111, 120-123; *Urie v Thompson,* 337 US 163, 169-170; *Fries v Chicago & Northwestern Transp. Co.,* 909 F2d 1092, 1095; *Lechowicz v Consolidated Rail Corp.,* 190 AD2d 998 [decided herewith]; *cf., Guiher v South Buffalo Ry. Co.,* 190 AD2d 997 [decided herewith]). Because this action was commenced more than three years from the date of accrual *(see,* 45 USC § 56), Supreme Court erred in failing to dismiss plaintiff's complaint as time-barred. (Appeal from Order of Supreme Court, Erie County, Joslin, J.—Summary Judgment.) Present—Green, J. P., Pine, Boehm, Fallon and Doerr, JJ.